McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Mike Johanns,
Secretary of United States Department of Agriculture

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIPAKSORN TUNGJUNYATHAM,<br><br>Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE AGENCY,<br><br>Defendant. | 1:06-cv-01764-SMS<br><br>**STIPULATION EXTENDING LITIGATION SCHEDULE;**<br><br>**ORDER** |

Plaintiff Tipaksorn Tungjunyatham ("plaintiff") and defendant Mike Johanns, Secretary of the United States Department of Agriculture ("defendant"), stipulate by and through the undersigned and pursuant to their teleconference with the court's chambers on September 29, 2008, to continue this action's litigation schedule approximately three months and as specifically set forth below.

The parties base this stipulation on good cause. To explain, defendant began plaintiff's deposition on August 27, 2008. The parties were unable to complete this deposition, however, in part due to plaintiff's need to marshal data in support of her damages claims thereafter. After nearly seven

hours of testimony, the parties stipulated at that time to continue plaintiff's deposition.

Since that time, plaintiff injured her foot and is presently unable to walk. In addition, plaintiff will soon need to travel to Thailand to attend to the needs of her family. The parties therefore agreed to continue and complete plaintiff's deposition on December 2, 2008.

The parties need to complete plaintiff's deposition before dispositive motions can be filed and subsequent dates can be properly addressed. Accordingly, they stipulate and agree to extend this action's litigation schedule as specified below, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

| | Old Date | **New Date** |
|---|---|---|
| Filing of Dispositive Motions | October 15, 2008 | **January 21, 2009** |
| Settlement Conference (Magistrate Judge Beck) | January 13, 2009 | **May 13, 2009** (10 a.m.) |
| Pretrial Conference | March 24, 2009 | **July 14, 2009** (11 a.m.) |
| Jury Trial | June 1, 2009 | **September 14, 2009** (9:00 a.m.) |

Dated: October 1, 2008 September 30, 2008

Respectfully submitted,

Tipaksorn Tungjunyatham
(As authorized, 10/01/08)

/s/ Tipaksorn Tungjunyatham
TIPAKSORN TUNGJUNYATHAM
Pro Se Plaintiff

McGREGOR W. SCOTT
United States Attorney

/s/ Brian W. Enos
BRIAN W. ENOS
Attorneys for Defendant

///

IT IS SO ORDERED.

**Dated: October 3, 2008**

**/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE