1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant Mike Johanns,
     Secretary of United States Department of Agriculture

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIPAKSORN TUNGJUNYATHAM, | 1:06-cv-01764-SMS |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS;** |
| v. | |
| MIKE JOHANNS, SECRETARY OF UNITED STATES DEPARTMENT OF AGRICULTURE AGENCY, | |
| Defendant. | |

Plaintiff Tipaksorn Tungjunyatham ("Plaintiff") and defendant Mike Johanns, Secretary of the United States Department of Agriculture ("defendant"), stipulate to continue the dispositive motion filing deadline in this action for approximately one month as specifically set forth below.

The parties base this stipulation on good cause to allow for the completion of Plaintiff's deposition prior to the filing of dispositive motions. To explain, Plaintiff began her deposition in this action on August 27, 2008. Plaintiff's deposition was not completed on that date and the parties agreed to continue the deposition on a mutually convenient date. However, Plaintiff then went to Thailand to attend to the illness of a close family

member and did not return to the United States until March, 2009. Upon Plaintiff's return to the United States, the parties have attempted to schedule the continuation of Plaintiff's deposition, which is now set for the mutually convenient date of May 1, 2009. To allow the completion of Plaintiff's deposition and provide Plaintiff sufficient time to review the transcript, the parties have further agreed to extend the dispositive motion deadline approximately one month from May 20, 2009 to June 22, 2009. No other dates in this action are affected by this brief extension of the dispositive motion deadline.

For the reasons set forth herein, the parties therefore stipulate and agree to extend the dispositive motion filing deadline as specified below. The parties request the court endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Filing of Dispositive Motions | May 20, 2009 | **June 22, 2009** |

Dated: April 1, 2009

Respectfully submitted,

Tipaksorn Tungjunyatham        LAWRENCE G. BROWN
                               Acting United States Attorney
(As authorized, 4/01/09)


 /s/ Tipaksorn Tungjunyatham     /s/ Alyson A. Berg
TIPAKSORN TUNGJUNYATHAM          ALYSON A.BERG
Pro Se Plaintiff                 Attorneys for Defendant

**IT IS SO ORDERED.**

CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on April 1, 2009, she served a copy of:

**STIPULATION EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California.

Addressee(s):

Tipaksorn Tungjunyatham
5437 W. Decatur Avenue
Fresno, California 93722

                                            /s/ Bonnie L'Argent
                                            BONNIE L'ARGENT

IT IS SO ORDERED.

**Dated: April 6, 2009**             **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE