LAWRENCE G. BROWN
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Mike Johanns,
   Secretary of United States Department of Agriculture

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIPAKSORN TUNGJUNYATHAM,  ) | 1:06-cv-01764-SMS |
| ) | |
| Plaintiff,  ) | **STIPULATION EXTENDING DEADLINE** |
| ) | **FOR FILING DISPOSITIVE MOTIONS;** |
| v.  ) | **ORDER** |
| ) | |
| MIKE JOHANNS, SECRETARY OF  ) | |
| UNITED STATES DEPARTMENT OF  ) | |
| AGRICULTURE AGENCY,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

   Plaintiff Tipaksorn Tungjunyatham ("Plaintiff") and defendant Mike Johanns, Secretary of the United States Department of Agriculture ("defendant"), stipulate to continue the dispositive motion filing deadline in this action for approximately one week as specifically set forth below.

   The parties base this stipulation on good cause to allow for corrections to be made by Plaintiff to her deposition transcript prior to the filing of dispositive motions. To explain, Plaintiff began her deposition in this action on August 27, 2008. Plaintiff's deposition was not completed on that date and the parties agreed to continue the deposition to a mutually convenient date. However, Plaintiff then went to Thailand to

attend to the illness of a close family member and did not return to the United States until March, 2009.  Upon Plaintiff's return to the United States, the parties attempted to schedule the continuation of Plaintiff's deposition, which was taken on May 1, 2009.  Plaintiff now seeks an additional week, until June 19, 2009 to review the transcript of her May 1, 2009 deposition and make any necessary changes.  To provide Plaintiff sufficient time to review the transcript, the parties have further agreed to extend the dispositive motion deadline approximately one week from June 22, 2009 to June 29, 2009.  No other dates in this action are affected by this brief extension of the dispositive motion deadline.

For the reasons set forth herein, the parties therefore stipulate and agree to extend the dispositive motion filing deadline as specified below.  The parties request the court endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Filing of Dispositive Motions | June 22, 2009 | **June 29, 2009** |

Dated: June 15, 2009

Respectfully submitted,

| Tipaksorn Tungjunyatham | LAWRENCE G. BROWN |
|---|---|
| (As authorized, 6/11/09) | Acting United States Attorney |
| /s/ Tipaksorn Tungjunyatham | /s/ Alyson A. Berg |
| TIPAKSORN TUNGJUNYATHAM | ALYSON A.BERG |
| Pro Se Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED.

**Dated:  June 15, 2009**            /s/ Sandra M. Snyder

2

**STIPULATION EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS; [PROPOSED] ORDER**

1 |                    UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION EXTENDING DEADLINE FOR FILING DISPOSITIVE MOTIONS; [PROPOSED] ORDER**