1  LAWRENCE G. BROWN
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant Mike Johanns,
     Secretary of United States Department of Agriculture
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10 TIPAKSORN TUNGJUNYATHAM,        )   1:06-cv-01764-SMS
                                   )
11              Plaintiff,         )   **STIPULATION EXTENDING HEARING**
                                   )   **ON DISPOSITIVE MOTION AND**
12      v.                         )   **SETTLEMENT CONFERENCE;  ORDER**
                                   )
13 MIKE JOHANNS, SECRETARY OF      )
   UNITED STATES DEPARTMENT OF     )
14 AGRICULTURE AGENCY,             )
                                   )
15              Defendant.         )
                                   )
16

17       Plaintiff Tipaksorn Tungjunyatham ("Plaintiff") and

18 defendant Mike Johanns, Secretary of the United States Department

19 of Agriculture ("Defendant"), stipulate to continue the hearing

20 on Defendant's Motion for Summary Judgment, or in the

21 alternative, Summary Adjudication, currently set for September 4,

22 2009 at 9:30 a.m. to September 25, 2009 at 9:30 a.m. as well as

23 continue the Settlement Conference currently set for September 14

24 at 10:00 a.m. to October 15, 2009 at 2:00 p.m. as specifically

25 set forth below.

26       The parties base this stipulation on good cause as

27 Plaintiff's son and mother-in-law are ill.  Plaintiff's

28 ///

                                    1
**STIPULATION EXTENDING HEARING ON DISPOSITIVE MOTION AND SETTLEMENT
                    CONFERENCE;[PROPOSED] ORDER**

1  obligations do not allow for the hearing on Defendant's Motion
2  for Summary Judgment and settlement conference to proceed on the
3  dates scheduled.  Plaintiff seeks to continue the hearing on
4  Defendant's Motion for Summary Judgment, or in the alternative,
5  Summary Adjudication to the dates referenced above.  No other
6  dates in this action are affected by this brief extension of the
7  hearing on Defendant's dispositive motion and the settlement
8  conference.

9       For the reasons set forth herein, the parties therefore
10 stipulate and agree to continue the hearing on Defendant's
11 dispositive motion and the settlement conference as specified
12 below.  The parties request the court endorse this stipulation by
13 way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Hearing on Dispositive Motion | September 4, 2009 | **September 25, 2009 @9:30 a.m. before Judge Snyder in Courtroom #7** |
| Settlement Conference | September 14, 2008 | **October 15, 2009 @2:00 p.m. before Judge Beck in Courtroom #9** |

22 Dated: August 12, 2009

23                 Respectfully submitted,

24 Tipaksorn Tungjunyatham            LAWRENCE G. BROWN
                                      United States Attorney
25 (As authorized, 8/12/09)

26
    /s/ Tipaksorn Tungjunyatham       /s/ Alyson A. Berg
27 TIPAKSORN TUNGJUNYATHAM            ALYSON A.BERG
   Pro Se Plaintiff                   Attorneys for Defendant
28

**STIPULATION EXTENDING HEARING ON DISPOSITIVE MOTION AND SETTLEMENT CONFERENCE;[PROPOSED] ORDER**

1
2  IT IS SO ORDERED.
3  **Dated:   August 13, 2009**              _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE

**STIPULATION EXTENDING HEARING ON DISPOSITIVE MOTION AND SETTLEMENT CONFERENCE;[PROPOSED] ORDER**