# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIPAKSORN TUNGJUNYATHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIKE JOHANNS, Secretary of the United States Department of Agriculture,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-01764-SMS<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO FILE APPEAL *IN FORMA PAUPERIS*<br><br>(Doc. 77) |

　　　Plaintiff has requested waiver of the filing fee for an appeal of the above-captioned case. Pursuant to F.R.A.P. 24(a), a party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court. With his or her motion, the party must attach an affidavit that (1) shows in the detail prescribed by Form 4[1] of the Appendix of Forms the party's inability to pay the filing fee or to give security for fees and cost; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal.

　　　Plaintiff's request for *in forma pauperis* status fails to comply with the requirements of Rule 24. Not only does Plaintiff's statement of indigence fail to provide the detailed financial disclosure required by Form 4, she completely omits a claim of entitlement to redress or a listing of her issues on appeal.

---

[1] Form 4 is available in the appendix to the Federal Rules of Appellate Procedure and from the website of the United States Court of Appeals for the Ninth Circuit.

-1-

Accordingly, the Court DENIES Plaintiff's request to proceed *in forma pauperis*.

1. Plaintiff is hereby directed to submit on or before June 10, 2011, either the full amount of the filing fee or a new motion to proceed *in forma pauperis* including Form 4 as an exhibit.

2. In the event that Plaintiff fails to pay the fee or submit a new motion by June 10, 2011, this Court shall recommend dismissal of Plaintiff's appeal for failure to comply with a court order.

3. In compliance with F.R.A.P. 24(a)(4), the Clerk of Court is directed to notify the United States Court of Appeals for the Ninth Circuit of this order.

IT IS SO ORDERED.

**Dated:    May 26, 2011**                          /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE