Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191

Fax: (559) 432-9092

Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tipaksorn Tungjunyatham, | Case No.: 1:06-cv-01764-SMS |
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND ORDER |
| vs. | |
| Mike Johanns, Secretary of Untied States Department of Agriculture Agency, | Judge: Hon Sandra M. Snyder |
| Defendant. | |

I, Tipaksorn Tungjunyatham, hereby substitute in as my attorney in the instant case myself, in pro per, in place of The Reich Law Firm, Jeff Reich and Shane Reich.

On May 2, 2011, I notified my attorneys that I was terminating their services.

Dated: June 3, 2011.     /s/    Tipaksorn Tungjunyatham
                          Tipaksorn Tungjunyatham

I consent to this substitution of attorneys.

Dated: June 3, 2011          The Reich Law Firm
                              By /s/ Jeff Reich
                                 Jeff Reich

IT IS SO ORDERED.

Dated:  **June 7, 2011**          **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

1