# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIPAKSORN TUNGJUNYATHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE JOHANNS, Secretary of the United States Department of Agriculture,<br><br>    Defendant.<br>_____/ | CASE NO. 1:06-cv-01764-SMS<br><br>ORDER DENYING AS MOOT PLAINTIFF'S SECOND MOTION FOR LATE FILING OF OPPOSITION TO DEFENDANT'S BILL OF COSTS<br><br>(Doc. 88) |

Plaintiff again moves for leave to file opposition to Defendant's bill of costs, maintaining that she was not aware of Defendant's motion. This Court has previously denied the same motion (Doc. 84) since, when Defendant submitted the bill, Plaintiff was represented by counsel, the Reich Law Firm, which received notice that Defendant filed the bill of costs. Neither the Court nor Defendant is responsible to notify personally a party who is represented by counsel so long as notice is provided to the party's attorney of record.

After the Court's denial of her prior motion, Plaintiff filed documentation signed by her prior attorney terminating representation. This termination of representation does not change the fact that Plaintiff was represented by her former attorney when Defendant filed its bill of costs.

Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   June 21, 2011                         /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE

-1-